**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
DAVID OROZCO,                    )    NO. CV 13-1875-E
                                 )
          Petitioner,            )
                                 )
     v.                          )    JUDGMENT
                                 )
AMY MILLER, Warden,              )
                                 )
          Respondent.            )
_____)
```

Pursuant to the "Order Denying Petition,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 25, 2013.

```
              _____/S/_____
                       CHARLES F. EICK
                UNITED STATES MAGISTRATE JUDGE
```